Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLESHETTE LA RENE HITE, | ) |
| | ) CASE NO.: 5:14-cv-01925-AGR |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER AWARDING |
| CAROLYN W. COLVIN, Acting, | ) EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the stipulation.

DATED:  December 2, 2015

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-